UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re

MOTORS LIQUIDATION COMPANY, et al.
(f/n/a General Motors Corp., et al.)
                        Debtors.
-------------------------------------------------------------X
CALLAN CAMPBELL, et al.,

                      Appellants,                09 **CIVIL** 6818 (NRB)

        -against-                                  **JUDGMENT**

MOTORS LIQUIDATION COMPANY, et al.
(f/n/a General Motors Corp., et al.)
                        Appellees.
-------------------------------------------------------------X

       Appellants having appealed from a Sale Order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on April 12, 2010, having rendered its Memorandum and Order denying the appeal as moot, and affirming the judgment of the Bankruptcy Court, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 12, 2010, the appeal is denied as moot, and the judgment of the Bankruptcy Court is affirmed.

**Dated:** New York, New York
        April 15, 2010                                     **J. MICHAEL McMAHON**

                                                      **Clerk of Court**
                                **BY:**

                                                      **Deputy Clerk**

                                THIS DOCUMENT WAS ENTERED
                                ON THE DOCKET ON _____